UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA MANZANO S., GEORGE F. SEMEIL, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., FAY SERVICING, LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01247-TLN-CKD<br><br>**ORDER REGARDING JOINT STIPULATION REQUESTING THE REMAND OF THE FEDERAL ACTION TO THE STATE COURT** |

1

**ORDER**

Pursuant to the parties' Joint Stipulation and good cause appearing, it is hereby ORDERED as follows:

1. The Joint Stipulation (ECF No. 14) is granted;
2. This action is remanded back to the Superior Court of California, County of El Dorado, case no. PC20200223;
3. All matters scheduled in this federal action are taken off calendar; and
4. The Clerk of Court is directed to close this case.

Dated:  July 28, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.1247.stip.remand